## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## NORFOLK DIVISION

| | | |
|---|---|---|
| **KEITH CARROLL,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 2:17CV569** |
| | ) | |
| **PORTSMOUTH SCHOOLS** | ) | |
| **FEDERAL CREDIT UNION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff KEITH CARROLL voluntarily dismisses the above-captioned action without prejudice.  Plaintiff reserves the right to refile this action in accordance with the Federal Rules of Civil Procedure.

Respectfully submitted,

Dated:  July 25th, 2018

_/s/ L. Leigh R. Strelka_
Thomas E. Strelka, VA Bar No. 75488
L. Leigh R. Strelka, VA Bar No. 73355
N. Winston West, IV, VA Bar No. 92598
STRELKA LAW OFFICE, PC
119 Norfolk Avenue, SW
Warehouse Row, Suite 330
Roanoke, Virginia 24011
Phone: (540) 283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com
winston@strelkalaw.com

                                   */s/ Scott J. Ferrell*
                                   Scott J. Ferrell, Esq.
                                   Victoria Knowles, Esq.
                                   Pacific Trial Attorneys
                                   4100 Newport Place Drive, Suite 800
                                   Newport Beach, CA 92660
                                   Phone: (949) 706-6464
                                   Fax: (949) 706-6469
                                   sferrell@pacifictrialattorneys.com
                                   vknowles@pacifictrialattorneys.com

                                   *Counsel for Plaintiff*


                        CERTIFICATE OF SERVICE

        The undersigned hereby certifies that the foregoing was filed on the 25th day of
July, 2018, and, even though no party has made an appearance in this matter, sent via
U.S. Mail and electronic mail to the following:

        Nichole Brown, Manager
        Portsmouth Schools Federal Credit Union
        455 Dinwiddie Street
        Portsmouth, VA 23704
        n.e.brown@outlook.com




                                   /s/ L. Leigh R. Strelka
                                   Thomas E. Strelka, VA Bar No. 75488
                                   L. Leigh R. Strelka, VA Bar No. 73355
                                   N. Winston West, IV, VA Bar No. 92598
                                   STRELKA LAW OFFICE, PC
                                   119 Norfolk Avenue, SW
                                   Warehouse Row, Suite 330
                                   Roanoke, Virginia 24011
                                   Phone: (540) 283-0802
                                   thomas@strelkalaw.com
                                   leigh@strelkalaw.com
                                   winston@strelkalaw.com